886 A.2d 224

**Beth Ann KELLY**

v.

**James C. MUELLER, Jr.**

**Petition of James C. Mueller, Jr. and James C. Mueller, Sr.**

Supreme Court of Pennsylvania.

Nov. 1, 2005.

## *ORDER*

PER CURIAM.

**AND NOW,** this 1st day of November 2005, the Petition for Allowance of Appeal is granted limited to:

(a) Did the Superior Court err in holding that search and seizure is an available remedy under the Protection from Abuse Act?